## KILLERLANE *et al.* *v.* KUHNE.

*(Common Pleas of New York City and County, General Term. April 1, 1889.)*

PER CURIAM. There is no new question of law presented on this appeal, but one that has been repeatedly passed upon by the court of last resort. It would therefore seem idle ceremony to send the point involved for the reconsideration of the court of appeals. We think the question involved was fully litigated and properly passed upon by the court below, and the present application should be denied.